

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF EL PASO, TEXAS, AND JOHN F. COOK, IN HIS OFFICIAL CAPACITY AS MAYOR OF EL PASO, | § § § | No. 08-16-00075-CV |
| Appellants, | § | Appeal from the |
| | | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| TOM BROWN MINISTRIES, WORD OF LIFE CHURCH OF EL PASO, TOM BROWN, EL PASOANS FOR TRADITIONAL FAMILY VALUES, AND BEN MENDOZA, | § § | (TC# 2011-DCV-02792) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellants' plea to the jurisdiction. We therefore reverse the trial court's order denying Appellants' plea to the jurisdiction and dismiss with prejudice all of Appellees' claims asserted against Appellants.

We further order that Appellants recover from Appellees the appellate costs incurred by Appellants, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF DECEMBER, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.